[No. 37557-1-I.    Division One.    February 10, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LAURA
HILLMAN, *Appellant*.

Appeal from a judgment of the Superior Court for Sno-
homish County, No. 94-1-01753-0, Gerald L. Knight, J.,
entered October 12, 1995. *Affirmed* by unpublished per
curiam opinion.

[No. 37568-7-I.    Division One.    February 10, 1997.]

BRIAN ALEXANDER ESPARZA, *Appellant*, v.
EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for King
County, No. 95-2-00614-1, Robert S. Lasnik, J., entered
September 27, 1995. *Remanded* by unpublished per curiam
opinion.

[No. 37581-4-I.    Division One.    February 10, 1997.]

ALASKA PACIFIC TRADING CO., *Respondent*, v. EAGON
FOREST PRODUCTS, INC., *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 94-2-02058-7, Faith Enyeart Ireland, J.,
entered July 7, 1995. *Affirmed* by unpublished opinion per
Agid, J., concurred in by Baker, C.J., and Webster, J. Now
published at 85 Wn. App. 354.

[No. 37619-5-I.    Division One.    February 10, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. LARRY T.
BATES, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 95-1-02378-5, Robert H. Alsdorf, J., entered
November 6, 1995. *Affirmed* by unpublished per curiam
opinion.